**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10347 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00398-DGC |
| v. | |
| LUIS ALBERTO CASTILLO-OSUNA, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Submitted September 10, 2012**

Before:    WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Luis Alberto Castillo-Osuna appeals from his guilty-plea conviction and 18-

month sentence for harboring an illegal alien, in violation of 8 U.S.C.

§ 1324(a)(1)(A)(iii).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967),

Castillo-Osuna's counsel has filed a brief stating there are no grounds for relief,

---

\*    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

along with a motion to withdraw as counsel of record. We have provided Castillo-Osuna with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

10-10347